# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▼

SEATTLE-Division

William Robey/ssa-In Propria Persona-W.T.P.
c/o Post Office Box 16056
Seattle Washington

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CITY OF SEATTLE/SEATTLE HOUSING AUTHORITY
2121 26TH AVENUE SOUTH #608
SEATTLE WASHINGTON
98144-4760

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 22 CV-00685-JCC

*(to be filled in by the Clerk's Office)*

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

MAY 20 2022   JC

BY   AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Robey-SSA/constituant to 'We The People' |
| Street Address | FILED WITH THE CLERK |
| City and County | SEATTLE/KING COUNTY |
| State and Zip Code | WASHINGTON 98116-0056 |
| Telephone Number | 206-926-3939 |
| E-mail Address | mccourtneyw0@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SEATTLE HOUSING AUTHORITY et. al |
| Job or Title *(if known)* | PRR@seattlehousing.org |
| Street Address | 190 QUEEN ANNE AVENUE NORTH-PO BOX 19028 |
| City and County | SEATTLE WITHIN KING COUNTY |
| State and Zip Code | WASHINGTON-98109 |
| Telephone Number | 206.615.3300 |
| E-mail Address *(if known)* | kimberly.garrett@seattlehousing.org |

Defendant No. 2

| | |
|---|---|
| Name | BRUCE HARRELL WSBA# 17173 |
| Job or Title *(if known)* | MAYOR MUNICIPAL CORPORATION-SEATTLE |
| Street Address | 600 FOURTH AVENUE #7 |
| City and County | SEATTLE-WITHIN KING COUNTY |
| State and Zip Code | WASHINGTON-98104 |
| Telephone Number | 206) 684-4000/206) 650-0495 |
| E-mail Address *(if known)* | SEATTLE/CONTACT THE MAYOR |

Defendant No. 3

| | |
|---|---|
| Name | SEATTLE CITY COUNCIL et. al |
| Job or Title *(if known)* | CITY/SEATTLE PROCEDURES |
| Street Address | 600 4th Ave Ste 2. |
| City and County | SEATTLE-WITHIN KING COUNTY |
| State and Zip Code | WASHINGTON-98104 |
| Telephone Number | 206-684-8888 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 United States Code §§ 241, 242, 1201/ US 4th Amendment warrantless arrest

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* William Robey/ssa/Constituant-We The People, is a citizen of the State of *(name)* The State of Washinton-1878-We The Peop.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* SHA-SEATTLE MUNICIPAL CORPORA, is incorporated under the laws of the State of *(name)* THE RESIDENT ACTION COUMCIL OF T, and has its principal place of business in the State of *(name)* STATE OF WASHINGTON.

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* 601 473 574.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,850,000,00 PER OFFENSE.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1. SEATTLE WASHINGTON et. al

2. Defendant(s) are both Principals and accessories after the fact to violations-multiple federal statutes, based on the illegal obstruction of justice by executing and changing Congressional mandate law under HR 3700 114-201 § 101 'INITIAL' INSPECTION OF DWELLING UNITS, AND COMBINING § 101 WITH § 102 INCOME REVIEWS WHICH ARE MANDATED EXECUTED ANNUALLY.

B. What date and approximate time did the events giving rise to your claim(s) occur?

PERPETUAL.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ILLEGALLY IMPRISONED AGAINST MY WILL

SEE ATTACHED ADDITIONAL USDC 'COMPLAINT'?
[PLEASE SEE EXHIBIT 1 a]

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

THE PRIVACY LAWS OF The United States deal with several legal concepts. One is the invasion of privacy, a tort based in common law allowing an aggrieved party to bring a lawsuit against an individual who unlawfully intrudes into their private affairs, Illegal Arrest(s) under Frauds and Swindles.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

At this time within this lawsuit the Plaintiff files under Rule 65 and Motions this Court for an Injunction against illegal and fraudulent maneuvers. Further a Restraining Order against the Defendant.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/19/2022

Signature of Plaintiff

Printed Name of Plaintiff    William Robey-SSA

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

[Exhibit 1-a]

*Robey v. CITY SEATTLE et. al/SEATTLE HOUSING AUTHORITY et. al*     **USPS CERTIFIED: 0462**

HON.

FRCP 38(b) JURY DEMANDED

# UNITED STATES DISTRICT COURT
## 700 STEWART STREET-CLERK OFFICE
## SEATTLE WASHINGTON
## 98101

Page 1 of 4

| | |
|---|---|
| Wm. Robey -constituent- WTP- *In Propria Persona*<br>c/o Post Office Box 16056<br>Seattle Washington<br>98116-0056<br>*Plaintiff*<br><br>v.<br><br>CITY OF SEATTLE et. al<br>SEATTLE HOUSING AUTHORITY et. al<br>190 QUEEN ANNE AVENUE NORTH<br>SEATTLE WASHINGTON<br>98109<br>*Defendant* | ) CASE NO:<br>) VIOLATIONS:<br>) 18 U.S.C. § 241<br>) CONSPIRACY AGAINST RIGHTS/OTHER<br>)<br>) **COMPLAINT**<br>)<br>)<br>) **MOTION**: FRCP 65 (a)(1)(2)(b)(1)(A)(B):<br>) **INJUNCTION & RESTRAINING ORDERS**<br>) **$1,850,000.00 PER OFFENSE:**<br>) **PUNITIVE-SPECIAL, AND TREBLE DAMAGES**<br>)<br>) [CLERKS ACTION REQUIRED] |

## I. ER 603-AFFIDAVIT:

1.1     The SEATTLE HOUSING AUTHORITY through the United States Postal Service served upon the plaintiff what looks like a legal document on initial mandatory on going home inspections **commanding the restraint** of the plaintiff dated May 10 2022 - PETER COWARD - HCV INSPECTIONS-206/239/1645. Contrary to 18 U.S.C. § 876: Threatening Communications-USPS.

[please see exhibit 1b]

1.2     Under exhibit 1b SHA commands restraint against the above plaintiff dated 06-10-2022 from 0800 through 1600 hours. Executing and using a fraudulent means under an e-CFR title 24.982.405 this e-CFR legal meaning being:

a.     What is the Electronic Code of federal regulations e-CFR? The Electronic Code of Federal Regulations (e-CFR) is a continuously updated online version of the CFR. It is not an official legal edition of the CFR.

b.     TITLE IX-SEC. 902. Whenever an action has been commenced in any court of the United States seeking relief from the denial of equal protection of the laws under the fourteenth amendment to the Constitution on account of race, color, religion, or national origin, the Attorney General for or in the name of the United States may intervene in such action upon timely application if the Attorney General certifies that the case is of general public importance. In such action the United States shall be entitled to the same relief as if it had instituted the action.

*Original*

1.3  *US LEGAL.COM/ Initial means first relating to or occurring at the beginning. Initial means first.* That which begins or stands at the BEGINNING. *ie **initial inspection** ELBERSON V. RICHARDS,* 42 N.J.L. 70.

a.  **TITLE 1 SEC.101**-United States Housing Act of 1937 (42 U.S.C. 1437f(0)(8)(A) <u>INITIAL INSPECTION</u> –

b.  **TITLE-1-SEC.102**-United States Housing Act of 1937 (42 U.S.C. 1437(a) <u>INCOME REVIEW-POSTED ANNUAL</u>.

c.  Clearly Congress mandates SEC. 102. (6) REVIEWS OF FAMILY INCOME 2(ii) <u>Annually thereafter. This does not apply to SEC. 101.</u>

d.  The US Constitution is the supreme law of the land The Washington State Constitution Article 1 § 2.

e.  Probable cause is clear as the State of Washington mandates this supreme command under The Washington State Constitution Article 1 § 7 and voids SEATTLE and SHA excuses of malfeasance against the peoples civil rights by illegal use 24 e-CFR 982. 405 as follows:

✓  <u>24 electronic code of federal regulations 982.405</u>: The electronic code of federal regulations (e-CFR). It is **not** an official legal definition of the CFR. 42 U.S. Code § 1437f - Low- income housing assistance (8) Inspection of units by PHAs **(A) Initial inspection**.

✓  <u>ARTICLE 1 § 7</u> of the Washington State Constitution mandates that **NO PERSON** shall be disturbed in his private affairs, or his home invaded, without authority of law. ie. **4th Amendment Warrant.**

✓  <u>BILL OF RIGHTS-ARTICLE THE SIXTH</u> [AMENDMENT IV] The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched and persons or things to be seized.

✓  <u>18 USC § 1201 Kidnapping</u>: Whoever unlawfully seizes, **confines**, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person. (5) Shall be punished by imprisonment for any term of years or for life.

## II. INFORMATION:

*Robey-ssa & We The People v. SEATTLE et. al/SHA et. al*　　　　USPS CERTIFIED: 0462

2.1　Probable cause shows SEATTLE and SHA in violation and guilty under 18 USC § 2-PRINCIPALS, and § 3 ACCESSORIES AFTER THE FACT, to **enmesh** Congressional mandate and law, in the switch/adding, or changing, Section 101 Initial inspection with clearly spelled out Section 102 **Annual**-Income review. Contrary to supreme 18 U.S.C. § 1341; FRAUDS AND SWINDLES.

2.2　The above plaintiff motions the court, and/*or sua sponte* to order a halt of this invasion against the plaintiff, an Order against the above defendant et. al under/with the FRCP-65 (a)(1)(2)(b)(1)(A)(B): and for the Court to Order and execute an INJUNCTION & RESTRAINING ORDERS against this conspiracy against the plaintiffs Rights, thus, legally protecting the plaintiffs Constitutional Rights. As defendant(s) contrary to supreme 18 U.S.C. § **241-CONSPIRACY AGAINST RIGHTS**. [Please see exhibit 1 c]

**FURTHER DECLARANT SAYETH NOT**　　　　　　　　　　　　　**DATED:** 05-20-2022

### EVIDENCE RULE-603

**Rule 603. Oath or Affirmation to Testify Truthfully Before testifying, a witness must give an oath or affirmation to testify truthfully. It must be in a form designed to impress that duty on the witness's conscience.**

(Pub. L. 93–595, §1, Jan. 2, 1975, 88 Stat. 1934; Mar. 2, 1987, eff. Oct. 1, 1987; Apr. 26, 2011, eff. Dec. 1, 2011.)

ALL RIGHTS RESERVED

**DATED:** 05-20-2022

**William Robey-*In Propria Persona***
c/o Post Office Box 16056
Seattle Washington
98116-0056

/ / /

### PROOF OF SERVICE

a.　**USDC-CLERK OFFICE**
　　**700 STEWART STREET**
　　**SEATTLE WASHINGTON**
　　**98101**

3

*Robey-ssa & We The People v. SEATTLE et. al/SHA et. al*		USPS CERTIFIED: 0462

b.  **LOMBINO MARTINO PS**
    9315 Gravelly Lake Dr. SW, Ste 201
    Lakewood, Washington
    98499

c.  **SEATTLE CLERK et. al**
    **MM SIMMONS**
    **600 FOURTH AVENUE #3**
    **SEATTLE WASHINGTON**
    **98124-4728**

d.  **SHA-RA-TREASURE-UBI-601 473 574**
    **2121 26TH AVENUE SOUTH #608**
    **SEATTLE WASHINGTON 98144-4760**

    **SHA 800 JEFFERSON STREET #601**
    **SEATTLE WASHINGTON 98104-2402**

    **SHA 190 QUEEN ANNE AVENUE NORTH-LEGAL**
    **SEATTLE WASHINGTON  98109**

    **USPS CERTIFIED: 70170190000074950462**

    PC                                                            DATED:

/ / /                                                             May 20th, 2022

/ / /

/ / /

4

[Exhibit 1-b]

 **Seattle Housing Authority**   |   190 Queen Anne Ave N
PO Box 19028
Seattle, WA 98109   |   206.615.3300
seattlehousing.org

# ANNUAL INSPECTION APPOINTMENT LETTER

May 10, 2022

William Robey
5002 49TH AVE SW
SEATTLE, WA 98136

LANDLORD MANAGEMENT INC
450 SW 153RD ST
BURIEN, WA 98166

Dear William Robey:

In accordance with the Housing Choice Voucher Program requirements, your unit must be inspected at least biennially to continue participation in the program.

## Seattle Housing Authority has scheduled this inspection
## For June 10, 2022 between 8:00 a.m. - 4:00 p.m.

You are required to allow the inspector access. If you are unable to be present you must designate an adult representative, eighteen (18) years or older, in your place. The form below must be filled out and given to the inspector by your representative along with picture identification. Please contact your landlord prior to the inspection date if you think repairs are necessary to pass this inspection. We would like your home to pass on the first inspection.

---

I, _____, authorize _____
         *(Print Your Name)*                                                *(Representative's Name)*
To show the inspector my unit. _____
                                                *(Your Signature and Date)*

---

NOTE: Dogs and other animals must be restrained, both inside and outside your dwelling, or we will not complete the inspection.

Sincerely,

Peter Coward
HCVInspectionsDesk@seattlehousing.org
(206) 239-1645

Inspection ID: 62832

COPY

 Upon request, Seattle Housing Authority will provide reasonable accommodations to people with disabilities so they can participate in SHA programs.

+

[Exhibit 1-c]

*Robey v. CITY SEATTLE et. al/SEATTLE HOUSING AUTHORITY et. al*　　　　**USPS CERTIFIED: 0462**

HON.

FRCP 38(b) JURY DEMANDED

# UNITED STATES DISTRICT COURT
## 700 STEWART STREET-CLERK OFFICE
## SEATTLE WASHINGTON
## 98101

Page 1 of 4

| | |
|---|---|
| Wm. Robey -constituant- WTP- *In Propria Persona*<br>c/o Post Office Box 16056<br>Seattle Washington<br>98116-0056<br>　　　*Plaintiff*<br><br>　　　v.<br><br>CITY OF SEATTLE et. al<br>SEATTLE HOUSING AUTHORITY et. al<br>190 QUEEN ANNE AVENUE NORTH<br>SEATTLE WASHINGTON<br>98109<br>　　　*Defendant* | ) CASE NO:<br>) VIOLATIONS:<br>) 18 U.S.C. § 241<br>) CONSPIRACY AGAINST RIGHTS/OTHER<br>)<br>)<br>)<br>)<br>)<br>**MOTION**: FRCP 65 (a)(1)(2)(b)(1)(A)(B):<br>INJUNCTION & RESTRAINING ORDERS<br>)<br>)<br>)<br>[CLERKS ACTION REQUIRED] |

## I. ER 603-AFFIDAVIT:

1.1　The EVIDENCE brings to light violations against the Plaintiff et. al and committed through frauds and swindling by the Defendant et. al.

1.2　The Plaintiff Motions this Court for an Injunction against the Defendant under FRCP 65 INJUNCTION AND RESTRAINING ORDERS, from continuing to execute a Conspiracy against the Rights of the people Contrary to 18 U.S.C. §§ 241: CONSPIRACY AGAINST RIGHTS; 242 DEPRIVATIONS OF RIGHTS UNDER COLOR OF LAW

　　　　　　　　　　　　　　　　　　　　　　*/s/ William Robey*
　　　　　　　　　　　　　　　　　　William Robey-ssa　　Dated
　　　　　　　　　　　　　　　　　　　　　　　　　　05-20-2022

/ / /

/ / /

/ / /

page 1 of 1

| | |
|---|---|
| *Robey v. CITY SEATTLE et. al/SEATTLE HOUSING AUTHORITY et. al* | **USPS CERTIFIED: 0462** |

HON.

FRCP 38(b) JURY DEMANDED

# UNITED STATES DISTRICT COURT
## 700 STEWART STREET-CLERK OFFICE
## SEATTLE WASHINGTON
## 98101

Page 1 of 4

| | |
|---|---|
| Wm. Robey -constituant- WTP- *In Propria Persona* <br> c/o Post Office Box 16056 <br> Seattle Washington <br> 98116-0056 <br> *Plaintiff* <br><br> v. <br><br> CITY OF SEATTLE et. al <br> SEATTLE HOUSING AUTHORITY et. al <br> 190 QUEEN ANNE AVENUE NORTH <br> SEATTLE WASHINGTON <br> 98109 <br> *Defendant* | ) CASE NO: <br> ) VIOLATIONS: <br> ) 18 U.S.C. § 241 <br> ) CONSPIRACY AGAINST RIGHTS/OTHER <br> ) <br> ) *ORDER* <br> ) <br> ) <br> ) **MOTION**: Plaintiffs Motion for: <br> ) SUMMARY JUDGMENT <br> ) <br> ) <br> ) <br> ) [CLERKS ACTION REQUIRED] |

I. <u>ORDER</u>:

1.1   I USDC JUDGE/MAGISTRATE ORDER THE FOLLOWING ON THE PLAINTIFFS MOTIONS FOR SUMMARY JUDGMENT. IN THIS CASE

_____

_____

_____          _____
JUDGE/MAGISTRATE                                           DATE

page 1 of 1

*Robey v. CITY SEATTLE et. al/SEATTLE HOUSING AUTHORITY et. al*           **USPS CERTIFIED:  0462**

HON.

FRCP 38(b) JURY DEMANDED

# UNITED STATES DISTRICT COURT
## 700 STEWART STREET-CLERK OFFICE
## SEATTLE WASHINGTON
### 98101

Page 1 of 4

| | |
|---|---|
| Wm. Robey -constituant- WTP- *In Propria Persona* <br> c/o Post Office Box 16056 <br> Seattle Washington <br> 98116-0056 <br>     *Plaintiff* <br><br> v. <br><br> CITY OF SEATTLE et. al <br> SEATTLE HOUSING AUTHORITY et. al <br> 190 QUEEN ANNE AVENUE NORTH <br> SEATTLE WASHINGTON <br> 98109 <br>     *Defendant* | ) CASE NO: <br> ) VIOLATIONS: <br> ) 18 U.S.C. § 241 <br> ) CONSPIRACY AGAINST RIGHTS/OTHER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **MOTION**: Plaintiffs Motion for: <br> )           SUMMARY JUDGMENT <br> ) <br> ) <br> ) [CLERKS ACTION REQUIRED] |

## I. MOTION:

1.1   BASED ON THE EVIDENCE THE PLAINTIFF MOTIONS FOR SUMMARY JUDGMENT.

*[signature]*

William Robey-ssa          Dated

05-20-2022

/ / /

/ / /

/ / /

page 1 of 1

## LEGAL NOTICE

## NO TRESPASSING

To all persons, officers and governmental agencies including, but not limited to: Agents of local and state health and agriculture departments, Federal officers of the USDA, FDA, IRS, HEW, HUD, Environmental, Health, Social Service Workers, and other agencies: and to all local members of planning and zoning boards: Title 18 U.S.C. Sec. 241, 242 Title 42. U.S.C Sec. 1982, 1983, 1985 and 1986.

## WARNING

You are hereby advised of the following federal criminal law "If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured by him by the Constitution or the Laws of the United States, or because of his having to exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined not more than $10,000 or imprisoned not more than ten years or both; and if death results, they shall be subject or imprisonment for any term of years or for life."

LAND USE FEE $5,000 PER PERSON PER DAY, OR ANY PART THEREOF.



POSTED

1



**Seattle HOUSING AUTHORITY**

**Housing Choice Voucher Program**

THE PORCHLIGHT BUILDING

| | |
|---|---|
| **Address** | 907 NW Ballard Way, Suite 200 Seattle, WA 98107-4637 |
| **Telephone** | 206-239-1500 |
| **Fax** | 206-239-1770 |
| **TTY** | 1-800-833-6388 |
| **Website** | www.seattlehousing.org |

February 29, 2012

# NOTICE OF RESCHEDULED INSPECTION

William Robey
4848 47th Ave SW
Suite Lower
Seattle, WA  98116

Patricia Sylvester
5608 SW Hanford St
Seattle, WA  98116

Dear Section 8 Program Participant:

The inspection of your unit that I had scheduled for **March 01, 2012** has been re-scheduled or was unable to be completed because neither you nor an adult you designated to be your representative was present at the time I'd scheduled.

To be in compliance with Housing Choice Voucher program (Section 8) regulations, you or your representative must be on site before an inspection or reinspection can take place. This requirement is set out in U.S. Department of Housing and Urban Development Regulation 24CFR 982.551(d), which states, *"The family must allow the Housing Authority to inspect the unit at reasonable times and after reasonable notice."* As the tenant, you may designate the property owner or property manager or any responsible **adult** to serve as your representative at the inspection by filling out the enclosed authorization coupon and signing it.

I have rescheduled the inspection for **March 07, 2012** between the hours of **8:00 a.m. - 12:30 p.m.**. If neither you nor your representative is present this time, we will have to consider terminating you from the Housing Choice Voucher program (Section 8).

1. At the time of the inspector's visit, you (or your designated representative) must show the inspector a picture ID to verify your (or your designated representative's) identity. If you plan to have a representative stand in for you at the inspection, he or she must show the inspector either the signed and dated authorization form or a signed and dated letter from you authorizing him or her to represent you. You may designate the building owner or building manager as your representative.

2. **Dogs and other animals must be restrained, both inside and outside your dwelling,** or the inspector will not complete the inspection.

Sincerely,

*Lisa Schwartzenberger*

Lisa Schwartzenberger
Inspection Scheduler
206-239-1645

*Upon request, Seattle Housing Authority will provide reasonable accommodations to people with disabilities so they can participate in SHA programs.*

SHA_IT-4_Reinsp_Noshow

Inspection  154408



**Housing Choice Voucher Program**

THE PORCHLIGHT BUILDING
Address 907 NW Ballard Way, Suite 200
Seattle, WA 98107-4637
Telephone 206-239-1500
Fax 206-239-1770
TTY 1-800-833-6388
Website www.seattlehousing.org

# REQUIREMENT OF THE PARTICIPANT/VOUCHER-HOLDER TO BE PRESENT AT INSPECTIONS

## OR TO BE REPRESENTED BY A DESIGNATED ADULT

To the Participant/Tenant:

U.S. Department of Housing and Urban Development Regulation 24CFR 982.551(d) reads, *"The family must allow the Housing Authority to inspect the unit at reasonable times and after reasonable notice."*

You or an authorized representative *must* be present at every inspection or reinspection of your unit. You may authorize the property owner or manager or other responsible **adult** (somebody 18 years or age or older) to serve as your representative at the inspection.

At the time of inspection, you or your authorized representative must show the inspector a picture ID to verify your identity or your authorized representative's identity.

If you plan to have a representative stand in for you at an inspection, he or she must also show the inspector *either* the signed and dated coupon below *or* a signed and dated letter from you authorizing him or her to represent you.

**NOTE: Dogs and other animals must be restrained, both inside and outside your dwelling,** or we will not complete the inspection or reinspection.

---

**Authorization for Participant's Representative**
*Sign this authorization and ask your representative to present it to the inspector with a picture ID.*

I, _____, authorize _____
   *Participant's name (print)*                     *Representative's name (print)*

to show the SHA HQS inspector my unit.

_____
*Participant's signature & date*

---

Note: You may designate the building owner or building manager as your representative.

♿ Upon request, Seattle Housing Authority will provide reasonable accommodations to people with disabilities so they can participate in the agency's programs.

IT-1_2dSheet_Coupon_0808